# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| United States of America ) | |
| ) | |
| Plaintiff ) | |
| vs. ) | No.    CR 03-36 Erie |
| Frederick Michael Delfino ) | |
| ) | |
| Defendant ) | |

**HEARING ON**   December 5, 2007   Initial Appearance (Supervised Rel.)

Before   Chief U. S. Magistrate Judge Susan Paradise Baxter

Christian A. Trabold, Esq., AUSA

Appear for Plaintiff                                          Appear for Defendant

Hearing Begun  11:40 a.m.                    Hearing Adjourned to

Hearing concluded C.A.V.  11:45 am         Stenographer
                                                                   CD:         Index:

**WITNESSES**

For Plaintiff                                                    For Defendant

- Defendant requests appt. of Counsel - Court approves counsel appt.; signs order.

- Defendant advised as to reasons why he was arrested; provided a copy of the petition filed with the Court.

- Defendant to post $5,000 Cash bond for release.

- Revocation hearing to be scheduled before Judge McLaughlin