IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES, )<br>)<br>v. )<br>)<br>)<br>FREDERICK MICHAEL DELFINO, )<br>)<br>Defendant. ) | Criminal Action No. 03-36 Erie |

## **ORDER**

AND NOW, this 6th day of December, 2007, IT IS HEREBY ORDERED that Defendant appear before the undersigned with counsel on **Friday, January 4, 2008 at 9:30 a.m.** in Courtroom C, U.S. Courthouse and Post Office, 17 South Park Row, Erie, Pennsylvania, to show cause why supervision should not be revoked.

                                        s/ Sean J. McLaughlin
                                        United States District Judge


cc:   All parties of record.
      U.S. Marshal Service
      Probation