IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA    )
                            )
            v.              )    Criminal No. 03-36 Erie
                            )
FREDERICK MICHAEL DELFINO   )

## ORDER APPOINTING
## FEDERAL PUBLIC DEFENDER

AND NOW, this  7th  day of December, 2007, the Court, having received a Financial Affidavit completed under the penalty of perjury by the above-named individual; the Court being satisfied that the above named individual is financially unable to obtain counsel and said individual not having waived the appointment of counsel;

IT IS ORDERED that the FEDERAL PUBLIC DEFENDER, 1111 Renaissance Centre, 1001 State Street, Erie, Pennsylvania 16501, telephone number (814) 455-8089, is hereby appointed to represent the defendant in all matters pertaining to this supervised release revocation action.

PRIMARY COUNSEL:    Thomas W. Patton
                    Assistant Federal Public Defender
                    PA State ID #88653


                     s/Susan Paradise Baxter
                    SUSAN PARADISE BAXTER
                    Chief United States Magistrate Judge