AO 98 (Rev. 8/85) Appearance Bond

# UNITED STATES DISTRICT COURT

__Western__ District of __Pennsylvania__

UNITED STATES OF AMERICA
V.

**APPEARANCE BOND**

FILED
DEC - 6 2007
CLERK ... COURT
... PENNSYLVANIA

__FREDERICK MICHAEL DELFINO__
Defendant

Case Number:    CR 03-36 ERIE

Non-surety: I, the undersigned defendant acknowledge that I and my . . .
Surety: We, the undersigned, jointly and severally acknowledge that we and our . . .
personal representatives, jointly and severally, are bound to pay to the United States of America the sum of
$ __5,000 cash__ , and there has been deposited in the Registry of the Court the sum of
$ __5,000__ in cash or _____ (describe other security.)

The conditions of this bond are that the defendant __Frederick Michael Delfino__
(Name)
is to appear before this court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in this case, including appearance for violation of a condition of defendant's release as may be ordered or notified by this court or any other United States District Court to which the defendant may be held to answer or the cause transferred. The defendant is to abide by any judgment entered in such matter by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgment.

It is agreed and understood that this is a continuing bond (including any proceeding on appeal or review) which shall continue until such time as the undersigned are exonerated.

If the defendant appears as ordered or notified and otherwise obeys and performs the foregoing conditions of this bond, then this bond is to be void, but if the defendant fails to obey or perform any of these conditions, payment of the amount of this bond shall be due forthwith. Forfeiture of this bond for any breach of its conditions may be declared by any United States District Court having cognizance of the above entitled matter at the time of such breach and if the bond is forfeited and if the forfeiture is not set aside or remitted, judgment, may be entered upon motion in such United States District Court against each debtor jointly and severally for the amount above stated, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and any other laws of the United States.

This bond is signed on __12/5/07__ at __U.S. District Court, 17 South Park Row, Erie, PA__
Date                                                                                Place

Signed and acknowledged before me    this 5th Day of December, 2007
Date
*[signature]*
Clerk / Deputy Clerk

Approved: *[signature] Susan Paradise Baxter*
Judicial Officer

AO 98   (Rev. 8/85) Appearance Bond

CASE # CR 03-36 Erie

CAPTION   USA v. Delfino

Defendant   _Frederick M Delf_   Address   4220 Davison Ave  Erie, PA 16504  APT# 327

Surety   _Paul Delfino_   Address   4220 DAVISON AVE  ERIE PA 16504  APT# 327

Surety   _____   Address   _____

AO 98  (Rev. 8/85)

# JUSTIFICATION OF SURETIES

I, the undersigned surety, say that I reside at _____ ; and that my net worth is the sum of _____ dollars ($ _____ ).

I further state that

_____
Surety

Sworn to before me and subscribed in my presence  _____
Date

at _____.
Place

_____        _____
Name and Title                                              Signature of Judicial Officer/Clerk

I, the undersigned surety, state that I reside _____ ; and that my net worth is the sum of _____ dollars ($ _____ ).

I further state that

_____
Surety

Sworn to before me and subscribed in my presence  _____
Date

at _____.
Place

_____        _____
Name and Title                                              Signature of Judicial Officer/Clerk

Justification Approved: _____
Judicial Officer