IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Criminal No. 03-36E |
| ) | |
| FREDERICK DELFINO ) | |

## ORDER FOR THE RETURN OF CASH BOND

AND NOW, this _9th_ day of _January_, 2008 it appearing to the Court that the conditions requiring the posting of a cash bond in the above entitled action having been satisfied as of January 4, 2008 (defendant sentenced)

IT IS HEREBY ORDERED and DIRECTED, that the Clerk of Court of the Western District of Pennsylvania return the sum of **$ 5,000.00** to:

Fred Delfino
4220 Davison Ave
Erie PA 16504

_____
United States District Judge