AO 442   (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

__WESTERN__   District of   __PENNSYLVANIA__

UNITED STATES OF AMERICA

V.

FREDERICK MICHAEL DELFINO

**WARRANT FOR ARREST**

Case Number: CRM 03-36 ERIE

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   __FREDERICK MICHAEL DELFINO__
                                                            Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☐ Complaint   X Order of court   X Violation Notice   ☐ Probation Violation Petition

charging him or her with   (brief description of offense and 'in violation of Title _ of U.S.C., Section(s) _')

(SEE ATTACHED)

**FILED**

**JAN 14 2008**

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

SUSAN D. PARMETER
Name of Issuing Officer

*[signature]*
Signature of Issuing Officer

Deputy Clerk
Title of Issuing Officer

DECEMBER 3, 2007   Erie, PA
Date and Location

Bail fixed at $ 5,000.00   by _____
                                               Name of Judicial Officer

| **RETURN** |
|---|
| This warrant was received and executed with the arrest of the above-named defendant _Frederick Delfino_ |

| DATE RECEIVED  DEC 05 2007 | NAME AND TITLE OF ARRESTING OFFICER William V Barton  DUSM | SIGNATURE OF ARRESTING OFFICER *[signature]* |
|---|---|---|
| DATE OF ARREST  DEC 06 2007 | | |