# RETURN OF CASH BOND
## Docket Information

Case Number __CR 03-36E__

<u>Instructions to Docket Clerk</u>: Please enter the following as a REMARK

Cash Bond in the amount of $ __5,000.00__ returned to posting party at Check Number __00312247__,

P2 Finance Number __0846800391__ on __1-15-08__,

per Order of Court at Document Number __26__.

Prepared by __BS__
Initials